O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LYNN HALLACK,<br><br>              Plaintiff,<br><br>   v.<br><br>CHASE BANK, NA FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, FA; FIDELITY NATIONAL TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS",<br><br>              Defendants.<br>_____ | Case No. CV 11-06325 DDP (JCx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Motion filed on 8/19/11] |

    Presently before the court is the Motion to Dismiss Plaintiff's Complaint filed by Defendants JPMorgan Chase Bank, NA and Mortgage Electronic Registration Systems, Inc. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file

it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The hearing on Defendant's motion was set for September 19, 2011. Plaintiff's opposition was therefore due by August 29, 2011. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion. In addition, the Scheduling Conference set for October 31, 2011 is vacated.

IT IS SO ORDERED.

Dated: September 16, 2011

DEAN D. PREGERSON
United States District Judge